```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Smart Team Global, LLC,

           Plaintiff,

    –v–

HumbleTech LLC, et al.,

           Defendants.

19-cv-4873 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant HumbleTech LLC is hereby ORDERED to reply to Plaintiff Smart Team Global, LLC's Brief in Opposition to Butzel Long P.C.'s Motion to Withdraw as Counsel, Dkt. No. 46, by August 19, 2020.

    SO ORDERED.

Dated: August 12, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge