UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Smart Team Global, LLC,

                Plaintiff,

      –v–

HumbleTech LLC, et al.,

               Defendants.

19-cv-4873 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 24, 2020, counsel for Defendant HumbleTech LLC submitted proof of service on Defendant Lin Li, as ordered by this Court in Dkt. No. 50. As a result, Butzel Long, P.C.'s motion to withdraw as counsel of record for HumbleTech, LLC, Dkt. No. 43, is GRANTED.

    As noted in Dkt. No. 50, this action is hereby stayed for thirty (30) days to allow Defendant HumbleTech LLC to obtain new counsel and for that new counsel to file a notice of appearance. HumbleTech LLC should be aware that limited liability companies must be represented by counsel. *See, e.g.*, *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007). Therefore, if no new counsel has appeared on behalf of Defendant(s) at the end of this thirty (30) day period, Plaintiff may file a motion for default for failure to defend pursuant to Federal Rule of Civil Procedure 55.

    It is hereby ORDERED that Joshua Eli Abraham is withdrawn as counsel of record for Defendant HumbleTech LLC. It is further ORDERED that within two weeks of new counsel

entering an appearance, the parties shall meet and confer and provide an update on the status of discovery.

Outgoing counsel is ordered to serve a copy of this order on Defendants HumbleTech LLC and Lin Li by December 14, 2020, and to file proof of service on the public docket. This resolves Dkt. No. 43.

SO ORDERED.

Dated: December 11, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge