UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021

Smart Team Global, LLC,

            Plaintiff,

    –v–

HumbleTech LLC, et al.,

            Defendants.

19-cv-4873 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference scheduled for February 19, 2021 is hereby adjourned *sine die*. Plaintiff is directed to serve a copy of this Order on the Defendants.

    SO ORDERED.

Dated: February 17, 2021
       New York, New York

                                  _____
                                    ALISON J. NATHAN
                                 United States District Judge