**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Smart Team Global LLC,

                Plaintiff,                      19 **CIVIL** 4873 (AJN)(BCM)

       -against-                             **DEFAULT JUDGMENT**

Humbletech LLC, et al.,
                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 22, 2022, the Report & Recommendation is adopted in its entirety and Plaintiff's motion for default judgment is GRANTED IN PART against Defendants. Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $166,170.66 in actual damages and $100,000 in exemplary damages; and that both Defendants, together with all those acting in concert with them, are permanently enjoined and restrained from accessing, copying, duplicating, downloading, replicating, transmitting, or otherwise using the source code for STG's Matteroom KM (PBM) software. Finally, Plaintiff is ORDERED to submit its application for an award of its reasonable attorney's fees and costs within 30 days of the entry of judgment; accordingly, the case is closed.

**Dated:**  New York, New York
         March 22, 2022

                                                                         **RUBY J. KRAJICK**

                                                                          **Clerk of Court**
                                       **BY:**        *K. Mango*
                                                                         **Deputy Clerk**