USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Smart Team Global LLC,

        Plaintiff,

—v—

Humbletech LLC, et al.,

        Defendants.

19-cv-4873 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    On March 22, 2022, the Court adopted in full Magistrate Judge Moses's Report & Recommendation and granted in part Plaintiff's motion for default judgment. *Smart Team Glob. LLC v. Humbletech LLC*, No. 19-CV-4873 (AJN) (BCM), 2022 WL 846927 (S.D.N.Y. Mar. 22, 2022) (Dkt. No. 69). That same day, judgment was entered awarding Plaintiff $266,170.66 in actual and exemplary damages. Dkt No. 70. On June 1, 2022, the Court issued a Memorandum Opinion & Order granting Plaintiff's application for an award of reasonable attorneys' fees and costs in the amount of $142,094.73. *Smart Team Glob. LLC v. Humbletech LLC*, No. 19-CV-4873 (AJN), 2022 WL 1785389 (S.D.N.Y. June 1, 2022) (Dkt. No. 74).

    Plaintiff now moves, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, for entry of an amended judgment reflecting the award of attorneys' fees and costs in addition to damages. Dkt. No. 75. Any opposition to the motion shall be filed no later than **April 4, 2023**.

    Plaintiff shall promptly serve a copy of this Order on Defendants and file proof of such

service on the docket.

    SO ORDERED.

Dated: March 21, 2023
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by Designation

2