UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SMART TEAM GLOBAL, LLC,

                Plaintiff,

                                                            19 **CIVIL** 4873 (AJN)(BCM)

          -against-                                **AMENDED DEFAULT JUDGMENT**

HUMBLETECH LLC and LIN LIN,

                Defendants.
---------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 22, 2022, and the Court's Order dated April 5, 2023, the Report & Recommendation is adopted in its entirety and Plaintiff's motion for default judgment is GRANTED IN PART against Defendants. Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $166,170.66 in actual damages and $100,000 in exemplary damages; and that both Defendants, together with all those acting in concert with them, are permanently enjoined and restrained from accessing, copying, duplicating, downloading, replicating, transmitting, or otherwise using the source code for STG's Matteroom KM (PBM) software.   Plaintiff's motion for an amendment to the Default Judgment is hereby GRANTED. The Default Judgment is amended against Defendants, jointly and severally, including the $139,793.62 in attorneys' fees and $2,301.11 in costs awarded by the Court in the Memorandum Opinion and Order.

**DATED**: New York, New York
             April 5, 2023

                                                         **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                                      **BY:**  *K. Mango*
                                                           **Deputy Clerk**